UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JUDY SHAW FOUNDATION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HOWARD, SOUTH DAKOTA,<br><br>Defendant. | 4:23-CV-04039-KES<br><br><br><br>AMENDED SCHEDULING ORDER |

The parties jointly move to amend the court's previous scheduling order. Good cause appearing, it is

ORDERED that the parties' motion (Docket 18) is granted, and the following dates apply:

1. All dispositive motions will be due on or before April 30, 2025.

2. All other provisions of the court's previous scheduling orders (Dockets 9, 13, 15) remain in effect unless specifically changed herein.

Dated March 24, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE