UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JUDY SHAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF HOWARD, SOUTH DAKOTA, <br><br> Defendant. | 4:23-cv-04039-KES <br><br> DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Defendant City of Howard ("the City"), through counsel, moves this Court for summary judgment in the City's favor pursuant to Fed. R. Civ. P. 56(a). This Motion is supported by an accompanying Statement of Undisputed Material Facts, Brief, and Affidavits.

Dated: April 30, 2025.

FULLER, WILLIAMSON, NELSEN
& PREHEIM, LLP

 /s/ William Fuller
William Fuller
Tierney C. Scoblic
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
bfuller@fullerandwilliamson.com
tscoblic@fullerandwilliamson.com
 *Attorneys for Defendant*

4:23-cv-04039-KES
Defendant's Motion for Summary Judgment

## Certificate of Service

    I certify that on April 30, 2025, I e-filed and served via CM/ECF Filer (PACER) a true and correct copy of Defendant's Motion for Summary Judgment, on:

    Mitchell A. Peterson (mpeterson@dehs.com)
    Elizabeth S. Hertz (ehertz@dehs.com)
    DAVENPORT, EVANS, HURWITZ & SMITH, LLP
     *Attorneys for Plaintiff*

                              /s/ William Fuller
                              One of the Attorneys for Defendant